15, 251-18

Texas Court of Criminal Appeals
Capital Station
Austin, Texas, 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

Original Copy

Trial Court
RE: NO. 20140D02846.
~~Writ of habeas corpus~~
Writ of habeas Corpus

Dear Clerk, According to the District Clerk at El Paso Texas, On or about April 21, 2015 my first writ of habeas Corpus was filed in the above Reference number Cause 20140D02846 into the trial court. I then Amended this writ Application On or about August 3, 2015. With An Amended petition. Therefore,

(1). have your court of criminal Appeals Received these Applications yet? if so

(2). have the court made A Ruling on these said Applications yet?

Thank you and the information and your Reply is urgent Sincerely

November 30, 2015

Respectfully Submitted
Jimmy Sweed
Travis State Jail
8101 Fm 969
Austin, Texas, 78724
Defendant / Applicant